1  Sonja S. Weissman (SBN 154320)
   J. Craig Crawford (SBN 238466)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572
   Telephone:  510.763.2000
4  Facsimile:   510.273.8832
   sweissman@reedsmith.com
5  ccrawford@reedsmith.com

6  Michael K. Brown (SBN 104252)
   REED SMITH LLP
7  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071-1514
8  Telephone:  213.456.8000
   Facsimile:   213.457.8080
9  mkbrown@reedsmith.com

10 Attorneys for Defendant
   Medtronic, Inc.
11
   Steven A. Fabbro (SBN107973)
12 Law Offices of Steven A. Fabbro
   101 Montgomery St., 27th Floor
13 San Francisco, CA 94104
   Telephone: 415.391.6850
14 Facsimile: 415.391.6856

15 Attorney for Plaintiff J. R. C., by and
   through his Guardian ad Litem Luis R.
16 Castellanos

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                         SAN JOSE DIVISION

20

| | |
|---|---|
| J. R. C., by and through his Guardian ad Litem LUIS R. CASTELLANOS,<br><br>        Plaintiff,<br><br>   vs.<br><br>MEDTRONIC, INC., a corporation, and DOES 1 through 100,<br><br>        Defendants. | Case No. C 06-05525 JW<br>Before the Honorable James Ware<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS**<br><br>Location:    Courtroom 8 |

Stipulation And [~~Proposed~~] Protective Order

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private mediation before Daniel J. Kelly of Walkup, Melodia, Kelly, Wecht & Schoenberger. The parties further agree to hold the ADR session by the presumptive deadline of 90 days from the date of this order.

IT IS SO STIPULATED.

DATED: November 21, 2006                LAW OFFICES OF STEVEN A. FABBRO

By   /s/ Steven A. Fabbro
    Steven A. Fabbro
    Attorney for Plaintiff
    J.R.C., by and through his
    Guardian ad Litem Luis R.
    Castellano

DATED: November 21, 2006                REED SMITH LLP.

By /s/ Sonja S. Weissman
    Michael K. Brown
    Sonja S. Weissman
    Attorneys for Defendant
    Medtronic, Inc.

**IT IS SO ORDERED**.

DATED: _____11/22_____, 2006

_____
Honorable James Ware
Judge of the United States District Court

DOCSOAK-9854584.1-CCRAWFORD

- 1 -

Stipulation And [Proposed] Protective Order

*Left margin:* REED SMITH LLP — A limited liability partnership formed in the State of Delaware.