Sonja S. Weissman (SBN 154320)
J. Craig Crawford (SBN 238466)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone:   510.763.2000
Facsimile:    510.273.8832
sweissman@reedsmith.com
ccrawford@reedsmith.com

Michael K. Brown (SBN 104252)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.456.8000
Facsimile:    213.457.8080
mkbrown@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.


Steven A. Fabbro (SBN 107973)
Law Offices of Steven A. Fabbro
101 Montgomery St., 27th Floor
San Francisco, CA 94104
Telephone: 415.391.6850
Facsimile: 415.391.6856

Attorney for Plaintiff J. R. C., by and through
his Guardian ad Litem Luis R. Castellanos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.R.C., by and through his Guardian ad Litem LUIS R. CASTELLANOS,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., a corporation, and DOES 1 through 100,<br><br>Defendants. | No.: C 06-05525 JW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Place:           Courtroom 8<br><br>Honorable James Ware |

Pursuant to Civil Local Rule 6-2, Petitioner LUIS R. CASTELLANOS, on behalf of Plaintiff J.R.C., and defendant MEDTRONIC, INC., by and through their respective counsel of record whose signatures appear below, HEREBY STIPULATE AS FOLLOWS:

1. Petitioner and Medtronic request that the Hearing for Court Approval of Compromise of Minor's Claim be continued from the court-set date of April 2, 2007 at 9:00 A.M. to **April 9, 2007 at 9:00 A.M.**

2. Petitioner and Medtronic make this request because counsel for Medtronic is unavailable to attend the April 2, 2007 hearing date set by the Court in its March 22, 2007 Order Setting Hearing for Court Approval of Compromise of Minor's Claim. Counsel for Petitioner and Medtronic are available to attend a hearing on **April 9, 2007 at 9:00 A.M.**

**IT IS SO STIPULATED.**

DATED: March 28, 2007.

LAW OFFICES OF STEVEN A. FABBRO

By _____
Steven A. Fabbro
Attorneys for Plaintiff
J.R.C, by and through his Guardian ad Litem, Luis R. Castellanos.

DATED: March 27, 2007.

REED SMITH LLP

By _____
Sonja S. Weissman
Attorneys for Defendant
Medtronic, Inc.

— 2 —
Stipulated Request for Order Changing Time

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Hearing on Approval of Compromise of Minors Claim is continued to April 9 2007 @ 9:00 AM

Dated: 3/29/2007

By _____
HONORABLE JAMES WARE
JUDGE, UNITED STATES DISTRICT COURT