1  Sonja S. Weissman (SBN 154320)
   J. Craig Crawford (SBN 238466)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572
   Telephone:   510.763.2000
4  Facsimile:   510.273.8832
   sweissman@reedsmith.com
5  ccrawford@reedsmith.com

6  Michael K. Brown (SBN 104252)
   REED SMITH LLP
7  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071-1514
8  Telephone:   213.456.8000
   Facsimile:   213.457.8080
9  mkbrown@reedsmith.com

10 Attorneys for Defendant
   Medtronic, Inc.
11

12 Steven A. Fabbro (SBN 107973)
   Law Offices of Steven A. Fabbro
13 101 Montgomery St., 27th Floor
   San Francisco, CA 94104
14 Telephone: 415.391.6850
   Facsimile: 415.391.6856
15
   Attorney for Plaintiff J. R. C., by and through
16 his Guardian ad Litem Luis R. Castellanos

17

**GRANTED**
*Judge James Ware*
4/9/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.R.C., by and through his Guardian ad Litem LUIS R. CASTELLANOS,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., a corporation, and DOES 1 through 100,<br><br>Defendants. | No.: C 06-05525 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Place:    Courtroom 8<br><br>Honorable James Ware |

– 1 –

Stipulation of Dismissal With Prejudice

1  It is hereby STIPULATED by and between Plaintiff LUIS R. CASTELLANOS, Guardian ad
2  Litem of J.R.C., and Defendant MEDTRONIC, INC. pursuant to Federal Rules of Civil Procedure
3  41(a)(1)(ii), that the operative complaint in the above-captioned case is hereby dismissed with
4  prejudice as to defendant Medtronic, Inc. with each party to bear its own costs and counsel fees.

**IT IS SO STIPULATED.**

DATED: April 9, 2007.

REED SMITH LLP

By _____
Sonja S. Weissman
Attorneys for Defendant
Medtronic, Inc.

DATED: April 9, 2007.

LAW OFFICES OF STEVEN A. FABBRO

By _____
Steven A. Fabbro
Attorneys for Plaintiff
J.R.C, by and through his Guardian ad Litem, Luis R. Castellanos.

DATED: April 7, 2007

LAW OFFICES OF HORACIO MARTINEZ BACA

By _____
Horacio Martinez Baca, Esq.
J.R.C, by and through his Guardian ad Litem, Luis R. Castellanos.